Robert F. Brennan SBN 132449
LAW OFFICES OF ROBERT F. BRENNAN A P.C.
3150 Montrose Ave.
La Crescenta CA 91214
Tel: 818-249-5291
Fax: 818-249-4329

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINBURG, an Individaul; <br><br> v. <br> PLAINTIFF(S) <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; EQUIFAX INFORMATION SERVICES, LLC., is a business entity form unknown; MEDICREDIT, INC., a Corporation; J.J. MACINTYRE,CO., INC, a Corporation; CEDARS SINAI MEDICAL GROUP, an unknown business entity, and DOES 1-10, Inclusive, <br> DEFENDANT(S). | CASE NUMBER <br><br> CV14- 3098-R (AGRx) <br><br> SUMMONS |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Robert F. Brennan_____, whose address is _3150 Montrose Ave. La Crescenta CA 91214_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __4-23-14__

Clerk, U.S. District Court

By: _Rhonda Marshall_
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)      SUMMONS