NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Robert F. Brennan SBN 132449
LAW OFFICES OF ROBERT F. BRENNAN A P.C.
3150 Montrose Ave.
La Crescenta CA 91214
Tel: 818-249-5291
Fax: 818-249-4329

**FILED**

2014 APR 23  PM 12: 04

CLERK U.S. DIST. COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

ATTORNEYS FOR:  Plaintiff ROBERT SAINBURG

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINBURG, an Individual,<br><br><br>Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.<br><br><br>Defendant(s) | CASE NUMBER:<br><br>CV 14-3098-R (AGRx)<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff Robert Sainburg
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Plaintiff Robert Sainburg | Plaintiff was harmed by Defendant's failure to correct the errors on Plaintiff's credit report. |

April 22, 2014
_____
Date

Sign _____

Attorney for Plaintiff Robert Sainburg
_____
Attorney of record for or party appearing in pro per

CV-30 (04/10)                                NOTICE OF INTERESTED PARTIES