| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Robert F. Brennan SBN 132449<br>LAW OFFICES OF ROBERT F. BRENNAN<br>3150 Montrose Ave.<br>La Crescenta CA 91214<br>ATTORNEY FOR: Plaintiff | 818-249-5291<br><br>Ref. No. or File No.<br>Sainburg v. Experian et al. | |
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT FILING, LOS ANGELES<br>312 N Spring St, Rm G-8<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Sainburg, Robert   v. Cedars Sinai Medical Group | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 973697 | | | | CV14-3098 R AGRx |

United States District Court
Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ. P 4(c) and that I served the:

Summons, Complaint for Damages, Notice of Assignment to United States Judges, Civil Cover Sheet, Notice of Interested Parties;

On: Equifax Information Services, LLC., is a business entity form unknown

At: 2730 Gateway Oaks Dr. Ste. 100
    Sacramento, CA 95833

In the above mentioned action by personally serving to and leaving with

Becky DeGeorge
Whose title is: agent of service

On: 4/25/2014                          At: 02:30 PM

Person who served papers
  a. Name: Michael Watson
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565
  d. The fee for this service was: 109.00
  e. I am:
  (3) [X] a registered CA process server:
        (i) [X] Independent Contractor
        (ii) Registration No.: 2007-60
        (iii) County: Sacramento

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

4/28/2014

Michael Watson                                                          > *Michael Watson (signature)*

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-16

**Declaration of Service**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Robert F. Brennan SBN 132449<br>LAW OFFICES OF ROBERT F. BRENNAN<br>3150 Montrose Ave.<br>La Crescenta CA 91214<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>818-249-5291<br><br>Ref. No. or File No.<br>Sainburg v. Experian et al. | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT FILING, LOS ANGELES<br>312 N Spring St, Rm G-8<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Sainburg, Robert   v. Cedars Sinai Medical Group | | |

| INVOICE NO.<br>973697 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>CV14-3098 R AGRx |
|---|---|---|---|---|

United States District Court
Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 04/28/2014, I served the within:

Summons, Complaint for Damages, Notice of Assignment to United States Judges, Civil Cover Sheet, Notice of Interested Parties;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Chino Hills, California, addressed as follows:

Equifax Information Services, LLC., is a business entity form unknown
2730 Gateway Oaks Dr. Ste. 100
Sacramento, CA 95833

Declarant:
  a. Name: Anita Pasillas
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565
  d. The fee for this service was: 109.00
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] Employee
      (ii) Registration No.: 1086
      (iii) County: San Bernardino

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

4/28/2014

Anita Pasillas

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-16          >

**Declaration of Service by Mail**