1  Robert F. Brennan, Esq. [S.B. #132449]
   **LAW OFFICES OF ROBERT F. BRENNAN A P.C.**
2  3150 Montrose Ave.
   La Crescenta, Ca. 91214
3  [818] 249-5291
   FAX [818] 249-4329
4  Email: rbrennan@brennanlaw.com

5  Attorney for: Plaintiff Robert Sainburg

6

7

8                 **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROBERT SAINBURG, an Individual;      ) Case No.:  CV 14-3098 R (AGRx)
                                         )
12       Plaintiff,                      ) Assigned: Hon. Manuel L. Real
                                         ) Courtroom: 8-2nd Floor
13       vs.                             )
                                         )
14  EXPERIAN INFORMATION                 ) STIPULATION OF DISMISSAL
    SOLUTIONS, INC., a Corporation;      ) WITH PREJUDICE OF DEFENDANT
15  EQUIFAX INFORMATION                  ) EQUIFAX INFORMATION
    SERVICES, LLC., is a business entity ) SERVICES LLC, *ONLY*
16  form unknown; MEDICREDIT, INC., a    )
    Corporation; J.J. MACINTYRE,CO.,     )
17  INC., a Corporation; CEDARS SINAI    )
    MEDICAL GROUP, an unknown            )
18  business entity, and DOES 1-10,      )
    Inclusive,                           )
19                                       )
         Defendants.                     )
20                                       )
                                         )
21
   _____

22

23       Plaintiff Robert Sainburg and Defendant Equifax Information Services LLC

24  ("EQUIFAX")  have entered into a settlement and pursuant to that settlement

25  stipulate as follows:

26       1.  Upon approval by the Court, Plaintiff Robert Sainburg stipulates to

27  dismiss all claims against Defendant EQUIFAX, *only.*

28       2.  This stipulation for dismissal is with prejudice;

────────────────────────1────────────────────────

3. Each party to pay their own incurred costs.

4. This stipulation has no bearing on Plaintiff's case against any other Defendant besides EQUIFAX.

Dated: Sept. 19 , 2014   Law Offices of Robert F. Brennan, APC

By: _____
  Robert F. Brennan, Esq.
  Attorneys for Plaintiff
  Robert Sainburg

Dated: Sept. 19 , 2014   NOKES & QUINN

BY: _____
  Thomas P. Quinn, Esq.
  Attorney for Defendant
  EQUIFAX INFORMATION SERVICES
  LLC

Stipulation of Dismissal With Prejudice of Equifax, ONLY

PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **September 19, 2014**, I served the foregoing documents described as **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC, ONLY** on parties in this action,

[ X ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Katherine A. Klimkowski
JONES DAY
3161 Michelson Drive Ste. 800
Irvine CA 92612-4408
Tel: 949-851-3939
Fax: 949-553-7539
Email: kaklimkowski@jonesday.com

Thomas P. Quinn, Jr.
NOKES AND QUINN A P.C.
410 Broadway Ste. 200
Laguna Back CA 92651
Tel: 949-376-3500
Fax: 949-376-3070
tquinn@nokesquinn.com

Amber D. Henry
LATHROP AND GAGE LLP
1888 Century Park East Ste. 1000
Los Angeles CA 90067
Tel: 310-789-4600
Fax: 310-789-4601
ahenry@lathropgage.com

Mike Martinez
LEWIS BRISBOIS BISGAARD & SMITH
221 N. Figueroa St. Ste. 1200
Los Angeles CA 90012-2601
Tel: 213-680-5086
Mike.martinez@lewisbrisbois.com

[   ] *I deposited such envelope in the mail at La Crescenta, California.  The envelope was mailed with postage thereon fully prepaid.

[X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September, 19 2014,** at La Crescenta, California.

Daniel Grubbs