Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Robert Sainburg

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINBURG, an Individual; <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; EQUIFAX INFORMATION SERVICES, LLC., is a business entity form unknown; MEDICREDIT, INC., a Corporation; J.J. MACINTYRE,CO., INC, a Corporation; CEDARS SINAI MEDICAL GROUP, an unknown business entity, and DOES 1-10, Inclusive, <br><br> Defendants. | Case No.: CV 14-3098 R (AGRx) <br> Assigned: Hon. Manuel L. Real <br> Courtroom: 8-2nd Floor <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., *ONLY* |

Plaintiff Robert Sainburg and Defendant Experian Information Solutions, Inc. ("EXPERIAN"), only, have entered into a settlement and pursuant to that settlement stipulate as follows:

1. Upon approval by the Court, Plaintiff Robert Sainburg stipulates to dismiss all claims against Defendant EXPERIAN, *only*.

2. This stipulation for dismissal is with prejudice;

---

3. Each party to pay their own incurred costs.

4. This stipulation has no bearing on Plaintiff's case against any other Defendants besides EXPERIAN.

Dated: October 27, 2014          Law Offices of Robert F. Brennan, APC


By: s/Robert F. Brennan___
    Robert F. Brennan, Esq.
    Attorneys for Plaintiff
    Robert Sainburg


Dated:  October 27, 2014          JONES DAY

BY: S/KATHERINE A. KLIMKOWSKI_
 Katherine A. Klimkowski, Esq.
Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.