Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Robert Sainburg

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINBURG, an Individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; EQUIFAX INFORMATION SERVICES, LLC., is a business entity form unknown; MEDICREDIT, INC., a Corporation; J.J. MACINTYRE,CO., INC, a Corporation; CEDARS SINAI MEDICAL GROUP, an unknown business entity, and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No.:  CV 14-3098 R (AGRx)<br>Assigned: Hon. Manuel L. Real<br>Courtroom: 8-2nd Floor<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC, ONLY |

Plaintiff Robert Sainburg has announced to the Court that all matters in controversy against Defendant EXPERIAN INFORMATION SOLUTIONS INC ("EXPERIAN") have been resolved.

1  A Stipulation of Dismissal with Prejudice has been signed and filed with the
2 Court. Having considered the Stipulation of Dismissal with Prejudice, the Court
3 makes and delivers the following ruling:
4  IT IS ORDERED that the claims and causes of action asserted herein by
5 Plaintiff Robert Sainburg against Defendant EXPERIAN, *ONLY*, are in all respects
6 dismissed with prejudice.

8 DATED this 29th day of October 2014.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE