Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Robert Sainburg

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINBURG, an Individual;<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a Corporation; EQUIFAX INFORMATION SERVICES, LLC., is a business entity form unknown; MEDICREDIT, INC., a Corporation; J.J. MACINTYRE CO., INC, a Corporation; CEDARS SINAI MEDICAL GROUP, an unknown business entity, and DOES 1-10, Inclusive,<br><br>        Defendants. | Case No.: CV 14-3098 R (AGRx)<br>Assigned: Hon. Manuel L. Real<br>Courtroom: 8-2nd Floor<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Plaintiff Robert Sainburg and Defendants Medicredit, Inc. and Cedars-Sinai Medical Group have settled the above-referenced case and are in the process of completing the settlement terms and will be filing stipulations of dismissal and (proposed) orders of dismissal. Plaintiff estimates that these matters should be completed within three to four weeks. The other defendants in the case have previously been dismissed.

///

NOTICE OF SETTLEMENT

1 Dated: Jan. 16, 2015  LAW OFFICES OF ROBERT F. BRENNAN AP.C.

2

3 By /s/ *Robert F. Brennan*
Robert F. Brennan
4 Attorney for Plaintiff Robert Sainburg

NOTICE OF SETTLEMENT